7on C. Fletcher, Bar No. 012140
**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Suite 206
Tempe, Arizona 85281
(602) 523-3000 office
(602) 523-3001 fax

*Attorneys for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| FRED JAEGER HUNTER and MYLISSA ANN HUNTER, | Case No. 2:11-bk-20939-RJH |
| Reorganized Debtors. | **NOTICE OF FILING MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE ADMINISTRATIVE CASE** |

NOTICE IS HEREBY GIVEN that Fred Jaeger Hunter and Mylissa Ann Hunter ("Reorganized Debtors"), in the above-captioned Chapter 11 Case, have filed a *Motion for Entry of Final Decree and to Close Administrative Case* (the "Motion"), wherein the Reorganized Debtors request that the Court, pursuant to 11 U.S.C. § 350(a) and Rule 3022, Federal Rules of Bankruptcy Procedure, enter a Final Decree upon entry of an order approving the Motion, and close the administrative bankruptcy case.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney representing you concerning this matter, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider additional views on the Motion, then you must file a written objection

1

LAKE & COBB, P.L.C.
1095 W. Rio Salado Pkwy.
Suite 206
Tempe, AZ 85281

on or before **fourteen (14) days** from the date of mailing of this Notice, with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706, and serve a copy on the Debtors' attorneys, whose address is:

>Don C. Fletcher, Esq.
>LAKE & COBB, P.L.C.
>1095 W. Rio Salado Pkwy., Suite 206
>Tempe, Arizona 85281

Any objections to the relief requested in the Motion must: (1) be in writing; (2) conform to the requirements of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the District of Arizona; (3) set forth the name of the objector and the nature and amount of any claims against the Debtors; (4) state with particularity the legal and factual bases for the objection; and (5) be filed with the Court with a copy mailed to the attorneys for the Debtors within **fourteen (14) days** of the date of this Notice. Pursuant to Bankruptcy Court instruction, the United States Trustee has **thirty (30) days** within which to file an objection to entry of the Final Decree.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Reorganized Debtors' Motion and may enter an order or orders granting the relief requested.

DATED this 15th day of June, 2012.

*LAKE & COBB, P.L.C.*

/s/Don C. Fletcher
Don C. Fletcher #012140
*Attorney for Reorganized Debtors*

| | |
|---|---|
| 1 | COPIES of the foregoing mailed this 15th day of June, 2012, to All Parties on the Master Mailing Matrix, and to: |
| 2 | |
| 3 | United States Trustee |
| 4 | Office of the United States Trustee<br>230 North First Avenue, Suite 204 |
| 5 | Phoenix, AZ 85003`` |
| 6 | |
| 7 | By: /s/ Joan C. Coombs |

**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy.
Suite 206
Tempe, AZ 85281