Don C. Fletcher, Bar No. 012140
**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Suite 206
Tempe, Arizona 85281
(602) 523-3000 office
(602) 523-3001 fax

*Attorneys for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| FRED JAEGER HUNTER and MYLISSA ANN HUNTER, | Case No. 2:11-bk-20939-RJH |
| Reorganized Debtors. | **CERTIFICATE OF SERVICE AND OF NO OBJECTIONS** |

On June 15, 2012, the undersigned caused to be sent, via First Class Mail, copies of the *Motion for Entry of Final Decree and to Close Administrative Case* ("Motion") [Docket No. 60], and the *Notice of Filing Motion for Entry of Final Decree and to Close Administrative Case* ("Notice") [Docket No. 61], to all parties on the attached Master Mailing Matrix and to:

> United States Trustee
> Office of the United States Trustee
> 230 North First Avenue, Suite 204
> Phoenix, AZ 85003.

Said Notice provided the interested parties fourteen (14) days within which to object to said Motion.

1

More than seventeen (17) days have passed since service of the Notice and Motion as set forth in the first paragraph above, and no objections have been received.

THEREFORE, the undersigned lodges herewith its form of Order Granting Motion for Entry of Final Decree, and requests that the Court close the above administrative bankruptcy case.

RESPECTFULLY SUBMITTED this 24th day of September, 2012.

**LAKE & COBB, P.L.C.**

/s/Don C. Fletcher
Don C. Fletcher #012140
*Attorney for Reorganized Debtors*

COPIES of the foregoing mailed this 24th day
of September, 2012, to All Parties on the Master
Mailing Matrix, and to:

United States Trustee
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003


By: /s/ Joan C. Coombs

EXHIBIT A

Label Matrix for local noticing
0970-2
Case 2:11-bk-20939-RJH
District of Arizona
Phoenix
Fri Jun 15 15:46:53 MST 2012

Arizona Department of Revenue
c/o Denise Ann Faulk
Arizona Attorney General's Office
1275 West Washington Street
Phoenix, AZ 85007-2997

B-line, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

GMAC Mortgage, LLC
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

PYOD LLC c/o Resurgent Capital Services
PO Box 19008
GREENVILLE, SC 29602-9008

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 SE 2ND AVE #1120
MIAMI, FL 33131-1605

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

51 Bells
777 E Thomas Rd #210
Phoenix, Az 85014-5478

51 Bells
777 E. Thomas Rd., Ste. 210
Phoenix, AZ 85014-5478

51 Bells Limited Partnership
51 Bells Limited Partnership
777 E. Thomas Road, #210
Phoenix, AZ 85014-5478

AZ DEPT OF REVENUE
AZ ATTORNEY GENERAL
1275 W WASHINGTON AVE
PHOENIX, AZ 85007-2997

Advanta
PO Box 9217
Old Bethpage, NY 11804-9017

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corporation
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Arizona Department of Revenue
1600 W Monroe 7th fl Special Operations
Phoenix,AZ 85007

Az Dept of Revenue
P.O. Box 29010
Phoenix, Az 85038-9010

Az Dept of Revenue
P.O.Box 29009
Phoenix, Az 85038-9009

Bank of America
P.O.Box 37271
Baltimore, MD 21297-3271

Bank of America
P.O.Box 660576
Dallas, TX 75266-0576

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Cash LLC (OC Bofa)
370 17th Street Suite 5000
Denver, CO 80202-5690

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citibank, N.A.
4740 121st St
Urbandale, IA 50323-2402

City of Glendale
5850 W Glendale Ave
Glendale, Az 85301-2599

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

GE Capital
Keneth G. Schivone
1942 Lexington Ave North #1
Roseville, MN 55113-6401

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GMAC Mortgage
PO Box 79135
Phoenix, AZ 85062-9135

Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J.P. Morgan Chase
P.O.Box 78039
Phoenix, Az 85062-8039

J.P. Morgan Chase
P.O.Box 94014
Palatine, IL 60094-4014

JPMorgan Chase Bank, N.A.
c/o James B. Ball
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018-7252

Lowes
P.O.Box 530970
Atlanta, GA 30353-0970

PYOD, LLC its successors and assigns
c/o Resurgent Capital Services
Po Box 19008
Greenville, SC 29602-9008

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

Real Time Resolution
1750 Regal Row, suite 120
Dallas, TX 75235-2287

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SCF Arizona
3030 N 3rd St
Phoenix, AZ 85012-3089

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

DON C. FLETCHER
LAKE AND COBB
1095 WEST RIO SALADO PARKWAY #206
TEMPE, AZ 85281-2610

FRED JAEGER HUNTER
5811 W. Navajo Dr.
Glendale, AZ 85302-5939

MYLISSA ANN HUNTER
5811 W. Navajo Dr.
Glendale, AZ 85302-5939

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank
P.O.Box 8088
Philadelphia, PA 19101

Discover Card
P.O.Box 15316
Wilmington, DE 15316

Internal Revenue Service
Department of the Treasury
Fresno, CA 93888-0002

REAL TIME RESOLUTIONS, INC.
1750 Regal Row Ste. # 120
P.O. Box 36655
Dallas, TX 75235-1655

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

# EXHIBIT B

Don C. Fletcher, Bar No. 012140
**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Suite 206
Tempe, Arizona 85281
(602) 523-3000 office
(602) 523-3001 fax

*Attorneys for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| FRED JAEGER HUNTER and MYLISSA ANN HUNTER, | Case No. 2:11-bk-20939-RJH |
| Reorganized Debtors. | **ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE ADMINISTRATIVE CASE** |

Fred Jaeger Hunter and Mylissa Ann Hunter, the Reorganized Debtors in the above-captioned Chapter 11 Case ("Reorganized Debtors"), filed their *Motion for Entry of Final Decree and to Close Administrative Case* (the "Motion") [Docket No.60] and *Notice of Filing Motion for Entry of Final Decree and to Close Administrative Case* (the "Notice") [Docket No.61] on June 15, 2012, and the deadline for the filing of responses and objections has passed.

The Reorganized Debtors confirmed a Chapter 11 Plan of Reorganization ("Plan") on March 30, 2012, with a duration of sixty (60) months. Upon completion of the Plan in March of 2017 the Reorganized Debtors will move the Court to reopen their case and request that a discharge be entered in this case.

1

Reorganized Debtors have filed their First Quarter Post-Confirmation Report and paid the initial quarterly fees to the United States Trustee's Office. Once the case has been reopened, the Reorganized Debtors will file a final Post-Confirmation Quarterly Report evidencing all payments made under the Plan pursuant to 11 U.S.C. § 1142(d)(5)(A).

With no objections or responses having been received to the Motion and Notice, and cause appearing,

IT IS HEREBY ORDERED:

1. Granting the Reorganized Debtors' Motion and entering the Final Decree in this case;

2. Requiring the Reorganized Debtors to file a final Post-Confirmation Quarterly Report following completion of all Plan payments and successfully reopening this case for entry of a discharge order;

3. Closing the above-referenced administrative case; and

4. Reserving jurisdiction to the Court to address issues that may arise in the implementation of the Reorganized Debtors' confirmed Chapter 11 Plan of Reorganization.

DATED AND SIGNED ABOVE