**IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.**

*The party obtaining this order is responsible
for noticing it pursuant to Local Rule 9022-1.*

**Dated: September 27, 2012**

*Randolph J. Haines*

**Randolph J. Haines, Bankruptcy Judge**
_____

Don C. Fletcher, Bar No. 012140
**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Suite 206
Tempe, Arizona 85281
(602) 523-3000 office
(602) 523-3001 fax

*Attorneys for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| FRED JAEGER HUNTER and MYLISSA ANN HUNTER, | Case No. 2:11-bk-20939-RJH |
| Reorganized Debtors. | **ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE ADMINISTRATIVE CASE** |

Fred Jaeger Hunter and Mylissa Ann Hunter, the Reorganized Debtors in the above-

captioned Chapter 11 Case ("Reorganized Debtors"), filed their *Motion for Entry of Final*

*Decree and to Close Administrative Case* (the "Motion") [Docket No.60] and *Notice of*

*Filing Motion for Entry of Final Decree and to Close Administrative Case* (the "Notice")

[Docket No.61] on June 15, 2012, and the deadline for the filing of responses and objections

has passed.

The Reorganized Debtors confirmed a Chapter 11 Plan of Reorganization ("Plan") on

March 30, 2012, with a duration of sixty (60) months. Upon completion of the Plan in

March of 2017 the Reorganized Debtors will move the Court to reopen their case and request

that a discharge be entered in this case.

1

**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy.
Suite 206
Tempe, AZ 85281

LAKE & COBB, P.L.C.
1095 W. Rio Salado Pkwy.
Suite 206
Tempe, AZ 85281

1    Reorganized Debtors have filed their First Quarter Post-Confirmation Report and paid

2 the initial quarterly fees to the United States Trustee's Office. Once the case has been

3 reopened, the Reorganized Debtors will file a final Post-Confirmation Quarterly Report

4 evidencing all payments made under the Plan pursuant to 11 U.S.C. § 1142(d)(5)(A).

5    With no objections or responses having been received to the Motion and Notice, and

6 cause appearing,

7    IT IS HEREBY ORDERED:

8    1.    Granting the Reorganized Debtors' Motion and entering the Final Decree in

9 this case;

10   2.    Requiring the Reorganized Debtors to file a final Post-Confirmation Quarterly

11

12 Report following completion of all Plan payments and successfully reopening this case for

13 entry of a discharge order;

14   3.    Closing the above-referenced administrative case; and

15   4.    Reserving jurisdiction to the Court to address issues that may arise in the

16 implementation of the Reorganized Debtors' confirmed Chapter 11 Plan of Reorganization.

17

18                        DATED AND SIGNED ABOVE

19

20

21

22

23

2